The STRAIGHT-SIDE BASKET CORPORATION and St. Joseph Iron Works, Appellants, v. ZAPF FRUIT PACKAGE COMPANY, Appellee.

No. 7484.

Circuit Court of Appeals, Sixth Circuit.

Nov. 18, 1938.

Liverance & Van Antwerp, of Grand Rapids, Mich., and Arthur F. Durand, of Chicago, Ill., for appellants.

Rice & Rice, of Grand Rapids, Mich., for appellee.

Before SIMONS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

The decree below is affirmed upon the findings made by the District Judge and the reasons stated in his opinion.